UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMMY CAREY, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

PHOTON HEALTH INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 7242 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 25, 2026, Plaintiff Tammy Carey ("Plaintiff") filed a complaint against Defendant Photon Health Inc. ("Defendant"). (Dkt. No. 1 (the "Complaint")). On August 28, 2026, Plaintiff served the summons and Complaint on Defendant, making Defendant's deadline to respond September 18, 2026. (Dkt. No. 8). See Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendant has not responded to the Complaint.

As a one-time courtesy, the Court sua sponte **EXTENDS** Defendant's deadline to respond to the Complaint to **October 6, 2026**. THE COURT WARNS DEFENDANT THAT FAILURE TO TIMELY RESPOND TO THE COMPLAINT MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST IT.

Defendant is also put on notice that, as a corporate entity, it must appear through counsel in this action and cannot appear pro se. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202–03 (1993) (noting that courts do not allow corporations to appear in court without a licensed attorney) (collecting cases); Kenyatta v. City of New York, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. July 16, 2025) (same).

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Photon Health, Inc. at 80 State St, Albany, New York 12207.

Dated: New York, New York
September 22, 2026

SO ORDERED.

Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**