UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMMY CAREY, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

PHOTON HEALTH INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 7242 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 14, 2026, Plaintiff Tammy Carey ("Plaintiff") filed a motion to consolidate this action with Horne v. Photon Health, Inc., No. 26 Civ. 7337 (GHW) (HLR), and Marshall v. Photon Health, Inc., No. 26 Civ. 7512 (VSB) (SDA). (Dkt. No. 13–14 (the "Motion")). Pursuant to Local Civil Rule 6.1(b), the deadline for Defendant Photon Health Inc. ("Defendant") to respond to the Motion was October 28, 2026. See Loc. Civ. R. 6.1(b). To date, however, Defendant has not responded to the Motion. As a one-time courtesy, the Court sua sponte **EXTENDS** Defendant's deadline to respond to the Motion to **November 16, 2026**. Plaintiff shall file her reply, if any, by **November 23, 2026**.

Further, the Court reminds Defendant that its deadline to respond to the Complaint (Dkt. No. 1) is **November 5, 2026**. (Dkt. No. 12).

Dated: New York, New York
November 2, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**