UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMMY CAREY, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

PHOTON HEALTH INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 7242 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Orders at Dkt. Nos. 12 and 15, the deadline for Defendant Photon Health, Inc. ("Defendant") to respond to the complaint (Dkt. No. 1 (the "Complaint")) was November 5, 2026. (Dkt. Nos. 12; 15). To date, Defendant has not responded to the Complaint. On November 3, 2026, however, Defendant filed a stipulation of substitution of counsel and Defendant's new counsel filed a notice of appearance. (Dkt. Nos. 16–18). Given that Defendant has recently retained new counsel, as a courtesy, the Court sua sponte **EXTENDS** Defendant's deadline to respond to the Complaint to **November 13, 2026**.

Further, the Court reminds Defendant that its deadline to respond to the motion to consolidate (Dkt. Nos. 13–14) is **November 16, 2026**. (Dkt. No. 15).

Dated: New York, New York
November 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**